

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-52,071-04

### EX PARTE KENNETH WAYNE SPENCER, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 12CR1751 IN THE 405th DISTRICT COURT FROM GALVESTON COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of theft of property and sentenced to three hundred sixty-five days in jail pursuant to Section 12.44(a) of the Texas Penal Code. No appeal was taken.

The Applicant requests that he be given time served in this case and complains about the assessment of costs on his judgment. The trial court has entered findings of fact recommending that "relief be granted only to the degree to reform or amend the judgment and cost bill to remove

indigent attorney fees." We agree with the trial court that Applicant's request for a time cut is without merit and we deny relief on that claim. However, this Court has held that a claim involving the improper imposition of attorney fees should be dismissed because it in no way implicates the fact or duration of an applicant's confinement pursuant to his conviction and, therefore, it is not the proper subject of a statutorily governed post-conviction application for writ of habeas corpus. *Ex parte Knight*, 401 S.W.3d 60 (Tex. Crim. App. 2013). Applicant's claim regarding the assessment of costs is dismissed.

Filed: October 8, 2014
Do not publish